IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MELISSA LUCAS, PLAINTIFF

VERSUS No.:4:10CV146-M-A

WAL-MART STORES, INC. AND
MANAGER STEVEN HAYNES, DEFENDANTS

## ORDER

**BEFORE THE COURT** is Defendants' Motion [doc. 18] to Compel Discovery from the Plaintiff. The plaintiff has not filed a response to the motion. With its motion, the defendant provides that:

1. On January 14, 2011 the court entered a case management order requiring that the plaintiff serve her initial disclosures by no later than January 28, 2011.

2. On November 15, 2011 the defendants served their first set of interrogatories and request for production of documents upon the plaintiff.

3. The defendant wrote to the plaintiff on January 11, 2011 and on January 24, 2011 requesting court ordered initial disclosures and discovery responses, but has to date received neither.

IT IS, THEREFORE, ORDERED that the defendants' motion to compel is **GRANTED**. The plaintiff is hereby ordered to provide sufficient responses to the discovery requests detailed in the defendants' motion by March 4, 2011.

IT IS FURTHER ORDERED that pursuant to Rule 37(b)(2)(C), the plaintiff will pay to the defendants the reasonable expenses, including attorney's fees caused by her failure to comply with an order of the court and her failure to respond to the discovery propounded. The

defendants will provide to the court a detailed explanation of the costs, expenses, and fees incurred as a result of filing the present motions within sixty days.

**SO ORDERED** this 22nd day of February, 2011.

/s/David A. Sanders<br>
U.S. MAGISTRATE JUDGE